```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON
```

**LESTER R. SHINAULT,**                          3:11-CV-00436-PK

        **Plaintiff,**                       ORDER

**v.**

**DICK HAWKS, TAMI DOHRMAN,**
**MARTHA McDANIEL, and OREGON**
**DEPARTMENT OF CORRECTIONS,**

        **Defendants.**

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#92) on December 10, 2012, in which he recommends the Court grant Defendants' Motion (#27) for Summary Judgment as to Plaintiff's remaining claim for violation of Plaintiff's right to due process under the Fourteenth Amendment and dismiss this matter with prejudice. The matter is now before this Court

1 - ORDER

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#92). Accordingly, the Court **GRANTS** Defendants' Motion (#27) for Summary Judgment as to Plaintiff's remaining claim for violation of Plaintiff's right to due process under the Fourteenth Amendment and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 5th day of March, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER